# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201800167**

———————————

**UNITED STATES OF AMERICA**
*Appellee*

v.

**Brennan B. BORJAS**
Yeoman Petty Officer Third Class (E-4), U.S. Navy
*Appellant*

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Shane Johnson, JAGC, USN.

For Appellant: Captain Jeremiah J. Sullivan III, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 10 October 2018

———————————

Before FULTON, JONES, and GEIS, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court